```
DARCIA MICHELLE JACKSON-WA  CREDIT COLLECTION SERV      LAKELAND RADIOLOGISTS
201 BERRYMAN RD             2 WELLS AVE                 PO BOX 23073
APT 65                      NEWTON CENTER, MA 02459     JACKSON, MS 39225-3073
VICKSBURG, MS 39180

THOMAS C. ROLLINS, JR.      CURRENT                     LVNV FUNDING LLC
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O. BOX 13767              217 CENTRE ST #180,         PO BOX 1269
JACKSON, MS 39236           NEW YORK, NY 10013          GREENVILLE, SC 29602

ADVANCE AMERICA             EXETER FINANCE LLC          MEDICAL ASSOCIATES
2314 IOWA BLVD              ATTN: BANKRUPTCY            2080 S FRONTAGE RD
STE 200                     PO BOX 166008               VICKSBURG, MS 39180
VICKSBURG, MS 39180         IRVING, TX 75016

ANETHESIA CONSULTANTS       FIRST PREMIER               MERIT HEALTH RIVER REG
1030 RIVER OAKS DR          3820 N LOUISE AVE           P.O. BOX 841672
FLOWOOD, MS 39232           SIOUX FALLS, SD 57107       DALLAS, TX 75284

CASHNET USA                 FLOWOOD RIVER OAKS HMA      MS TITLE LOAN
175 W JACKSON               P.O. BOX 14000              2424 CLAY ST
STE 1000                    BELFAST, ME 04915           VICKSBURG, MS 39180
CHICAGO, IL 60604

CHIME                       FST PREMIER                 PORTFOLIO RECOVERY
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
101 CALIFORNIA ST           601 S MINNESOTA AVE         120 CORPORATE BLVD
SUITE 500                   SIOUX FALLS, SD 57104       NORFOLK, VA 23502
SAN FRANCISCO, CA 94111

CHIMEFINAL                  HINDS COMUNITY COLLEGE      PROFESSIONAL ACCOUNT S
ATTN: BANKRUPTCY            PO BOX 1100                 PO BOX 188
PO BOX 417                  RAYMOND, MS 39154           BRENTWOOD, TN 37024
SAN FRANCISCO, CA 94104

CHRISTOPHER WALTON          HOLMES COMMUNITY COLLE      QUEST DIAGNOSTICS
201 BERRYMAN RD APT 65      NO 1 HILL STREET            PO BOX 740781
VICKSBURG, MS 39180         P.O. BOX 369                CINCINNATI, OH 45274
                            GOODMAN, MS 39079

COMMUNITY CHOICE            KINSMAN INVESTMENTS         SMITH, ROUCHON & ASSO
2121 CLAY ST                BEECHWOOD PARK APTS         SRA
VICKSBURG, MS 39180         201 BERRYMAN RD             1456 ELLIS AVE
                            VICKSBURG, MS 39180         JACKSON, MS 39204
```

```
SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SPRINGLEAF FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706

VICKSBURG PULMONARY CL
114 MONUMENT PLACE
VICKSBURG, MS 39180

VICKSBURG VIDEO
900 US-61
VICKSBURG, MS 39183

VICKSBURG WATER AND GA
PO BOX 58
VICKSBURG, MS 39181

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232
```