IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Darcia Michelle Jackson-Walton, Debtor        Case No. 26-00688-JAW
                                                       CHAPTER 13

## ORDER ENFORCING AUTOMATIC STAY

THIS MATTER came before the Court on the Debtor's Emergency Motion to Enforce the Automatic Stay and for Expedited Order and/or Hearing (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

The Court finds that the Debtor filed the above-styled Chapter 13 bankruptcy case on March 11, 2026. The Court further finds that the Justice Court entered an eviction judgment against the Debtor on March 12, 2026, after the bankruptcy petition had been filed.

Because the eviction judgment was entered after the filing of the bankruptcy petition, the continuation of the eviction proceeding and the entry of the judgment occurred in violation of the automatic stay imposed by 11 U.S.C. § 362(a). Actions taken in violation of the automatic stay are void and without legal effect.

IT IS THEREFORE ORDERED that the eviction judgment entered by the Justice Court of Warren County, Mississippi on March 12, 2026, a copy of which is attached to the Motion as Exhibit A, was entered in violation of the automatic stay and is void and unenforceable unless and until relief from the automatic stay is granted by this Court.

IT IS FURTHER ORDERED that Beechwood Park Apartments, its agents, representatives, and any law enforcement officer acting on its behalf are prohibited from enforcing the eviction judgment or removing the Debtor from the premises absent further order of this Court.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR