**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Darcia Michelle Jackson-Walton, Debtor            Case No. 26-00688-JAW
                                                                                        CHAPTER 13

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Thad Cochran U.S. Courthouse 501 E. Court Street Suite 2.300 Jackson, MS 39201 on or before May 5, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on May 11, 2026 at 10:00 AM in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: March 13, 2026                                /s/ Thomas C. Rollins, Jr.
                                                                    *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

MSSB-113 (12/17)

Fill in this information to identify your case:

Debtor 1 **Darcia Michelle Jackson-Walton**
Full Name (First, Middle, Last)

Debtor 2
(Spouse, if filing)  Full Name (First, Middle, Last)

United States Bankruptcy Court for the **SOUTHERN DISTRICT OF MISSISSIPPI**

Case number:
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$256.08**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Sprinter Medical**
**4600 Bohannon Drive, Suite 100**
**Menlo Park CA 94025-0000**

Mississippi Chapter 13 Plan                                                                                                                Page 1

| Debtor | Darcia Michelle Jackson-Walton | Case number | |
|---|---|---|---|

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑   Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐   Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐   Debtor(s) will treat income refunds as follows:
_____

**2.4 Additional payments.**
*Check one.*

☑   **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:    Treatment of Secured Claims**

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
Insert additional claims as needed.

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑   **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑   **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑   **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
☐   **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑   The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Chimefinal | Savings: Chime |
| Community Choice | Household Goods |
| Current | Savings: Current |
| Exeter Finance LLC | 2019 Kia Forte 90670 miles |
|  | 2005 Infiniti QX56 219056 miles |
| Springleaf Financial | 2011 Ford Taurus (wrecked) |

Mississippi Chapter 13 Plan                                                                    Page 2

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

Debtor **Darcia Michelle Jackson-Walton** Case number

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee: __4,600.00__

| | |
|---|---|
| Total attorney fee charged: | $4,600.00 |
| Attorney fee previously paid: | $822.00 |
| Attorney fee to be paid in plan per confirmation order: | $3,778.00 |

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5 Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ __100.00__% of the total amount of these claims, an estimated payment of $__26,110.47__
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

| | | | |
|---|---|---|---|
| Debtor | **Darcia Michelle Jackson-Walton** | Case number | |

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |
|---|---|

7.1  Property of the estate will vest in the debtor(s) upon entry of discharge.

| Part 8: | **Nonstandard Plan Provisions** |
|---|---|

8.1  **Check "None" or List Nonstandard Plan Provisions**
☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | **Signatures:** |
|---|---|

9.1  **Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Darcia Michelle Jackson-Walton**                                X
**Darcia Michelle Jackson-Walton**                                              Signature of Debtor 2
Signature of Debtor 1

Executed on  **March 11, 2026**                                           Executed on

**201 Berryman Rd**
**Apt 65**
Address                                                                                    Address
**Vicksburg MS 39180-0000**
City, State, and Zip Code                                                       City, State, and Zip Code

Telephone Number                                                                Telephone Number


X  **/s/ Thomas C. Rollins, Jr.**                                              Date  **March 11, 2026**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**                                                                      **103469 MS**
Telephone Number                                                                MS Bar Number
**trollins@therollinsfirm.com**
Email Address

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

      Case Trustee
      Office of the US Trustee

      I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: March 13, 2026                          /s/ Thomas C. Rollins, Jr.
                                                  *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/13/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688-JAW

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 3/13/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                              EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING       US BANKRUPTCY COURT                 ADVANCE AMERICA
NCRS ADDRESS DOWNLOAD                  THAD COCHRAN US COURTHOUSE          2314 IOWA BLVD
CASE 26-00688-JAW                      501 E COURT STREET                  STE 200
SOUTHERN DISTRICT OF MISSISSIPPI       SUITE 2300                          VICKSBURG  MS 39180-5999
FRI MAR 13 7-52-24 PST 2026            JACKSON  MS 39201-5036



ANETHESIA CONSULTANTS                  CASHNET USA                         CHIME
1030 RIVER OAKS DR                     175 W JACKSON                       ATTN BANKRUPTCY
FLOWOOD  MS 39232-9553                 STE 1000                            101 CALIFORNIA ST
                                       CHICAGO  IL 60604-2863              SUITE 500
                                                                           SAN FRANCISCO  CA 94111-3580



CHIMEFINAL                             CHRISTOPHER WALTON                  COMMUNITY CHOICE
ATTN BANKRUPTCY                        201 BERRYMAN RD APT 65              2121 CLAY ST
PO BOX 417                             VICKSBURG  MS 39180-4416            VICKSBURG  MS 39183-3103
SAN FRANCISCO  CA 94104-0417



CREDIT COLLECTION SERV                 CURRENT                             (P)EXETER FINANCE  LLC
2 WELLS AVE                            ATTN BANKRUPTCY                     NANNETTE ALAMILLA
NEWTON CENTER  MA 02459-3225           217 CENTRE ST 180                   2101 W JOHN CARPENTER FWY
                                       NEW YORK  NY 10013-3624             IRVING TX 75063-3228



FIRST PREMIER                          FLOWOOD RIVER OAKS HMA              FST PREMIER
3820 N LOUISE AVE                      PO BOX 14000                        ATTN BANKRUPTCY
SIOUX FALLS  SD 57107-0145             BELFAST  ME 04915-4033              601 S MINNESOTA AVE
                                                                           SIOUX FALLS  SD 57104-4824



HINDS COMUNITY COLLEGE                 HOLMES COMMUNITY COLLE              KINSMAN INVESTMENTS
PO BOX 1100                            NO 1 HILL STREET                    BEECHWOOD PARK APTS
RAYMOND  MS 39154-1100                 PO BOX 369                          201 BERRYMAN RD
                                       GOODMAN  MS 39079-0369              VICKSBURG  MS 39180-4461



LVNV FUNDING LLC                       LAKELAND RADIOLOGISTS               MS TITLE LOAN
ATTN BANKRUPTCY                        PO BOX 23073                        2424 CLAY ST
PO BOX 1269                            JACKSON  MS 39225-3073              VICKSBURG  MS 39183-3125
GREENVILLE  SC 29602-1269



MEDICAL ASSOCIATES                     MERIT HEALTH RIVER REG              (P)PORTFOLIO RECOVERY ASSOCIATES LLC
2080 S FRONTAGE RD                     PO BOX 841672                       PO BOX 41067
VICKSBURG  MS 39180-5883               DALLAS  TX 75284-1672               NORFOLK VA 23541-1067



PROFESSIONAL ACCOUNT S                 QUEST DIAGNOSTICS                   SMITH  ROUCHON  ASSO
PO BOX 188                             PO BOX 740781                       SRA
BRENTWOOD  TN 37024-0188               CINCINNATI  OH 45274-0781           1456 ELLIS AVE
                                                                           JACKSON  MS 39204-2204
```

SPEEDY CASH
3611 N RIDGE RD
WICHITA KS 67205-1214

SPRINGLEAF FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VICKSBURG PULMONARY CL
114 MONUMENT PLACE
VICKSBURG MS 39180-5169

VICKSBURG VIDEO
900 US61
VICKSBURG MS 39183

VICKSBURG WATER AND GA
PO BOX 58
VICKSBURG MS 39181-0058

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD MS 39232

DEBTOR

DARCIA MICHELLE JACKSONWALTON
201 BERRYMAN RD
APT 65
VICKSBURG MS 39180-4416

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~