**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Darcia Michelle Jackson-Walton, Debtor**          **Case No. 26-00688-JAW**
                                                                                            **CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to incur new debt.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: March 18, 2026              Signature:    /s/ Thomas C. Rollins, Jr.
                                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                                          The Rollins Law Firm, PLLC
                                                          P.O Box 13767
                                                          Jackson, MS 39236
                                                          601-500-5533
                                                          trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Darcia Michelle Jackson-Walton, Debtor**          **Case No. 26-00688-JAW**
                                                                                                          **CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 03/11/2026.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. Debtor is surrendering the 2019 Kia Forte, 2005 Infiniti QX56, and 2011 Ford Taurus.
4. Debtor needs a vehicle for work purposes.
5. Debtor wishes to borrow up to $35,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payment not to exceed $450.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on March 18, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/18/2026, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00688
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAR 18 8-8-50 PST 2026

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201 5036

ADVANCE AMERICA
2314 IOWA BLVD
STE 200
VICKSBURG MS 39180-5999

ANETHESIA CONSULTANTS
1030 RIVER OAKS DR
FLOWOOD  MS 39232-9553

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CHIME
ATTN BANKRUPTCY
101 CALIFORNIA ST
SUITE 500
SAN FRANCISCO  CA 94111-3580

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

CHRISTOPHER WALTON
201 BERRYMAN RD APT 65
VICKSBURG  MS 39180-4416

COMMUNITY CHOICE
2121 CLAY ST
VICKSBURG  MS 39183-3103

CREDIT COLLECTION SERV
2 WELLS AVE
NEWTON CENTER  MA 02459-3225

CURRENT
ATTN BANKRUPTCY
217 CENTRE ST 180
NEW YORK  NY 10013-3624

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FLOWOOD RIVER OAKS HMA
PO BOX 14000
BELFAST  ME 04915-4033

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104-4824

HINDS COMUNITY COLLEGE
PO BOX 1100
RAYMOND  MS 39154-1100

HOLMES COMMUNITY COLLE
NO 1 HILL STREET
PO BOX 369
GOODMAN  MS 39079-0369

KINSMAN INVESTMENTS
BEECHWOOD PARK APTS
201 BERRYMAN RD
VICKSBURG  MS 39180-4461

LVNV FUNDING LLC
ATTN BANKRUPTCY
PO BOX 1269
GREENVILLE  SC 29602-1269

LAKELAND RADIOLOGISTS
PO BOX 23073
JACKSON  MS 39225-3073

MS TITLE LOAN
2424 CLAY ST
VICKSBURG  MS 39183-3125

MEDICAL ASSOCIATES
2080 S FRONTAGE RD
VICKSBURG  MS 39180-5883

MERIT HEALTH RIVER REG
PO BOX 841672
DALLAS  TX 75284-1672

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD  TN 37024-0188

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI  OH 45274-0781

SMITH  ROUCHON  ASSO
SRA
1456 ELLIS AVE
JACKSON  MS 39204-2204

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPRINGLEAF FINANCIAL
PO BOX 1010
EVANSVILLE  IN 47706-1010

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VICKSBURG PULMONARY CL
114 MONUMENT PLACE
VICKSBURG  MS 39180-5169

VICKSBURG VIDEO
900 US61
VICKSBURG  MS 39183

VICKSBURG WATER AND GA
PO BOX 58
VICKSBURG  MS 39181-0058

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD  MS 39232

DARCIA MICHELLE JACKSONWALTON
201 BERRYMAN RD
APT 65
VICKSBURG  MS 39180-4416

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767