United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 26-00688-JAW

Darcia Michelle Jackson-Walton                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                          Page 1 of 3

Date Rcvd: Jun 25, 2026                       Form ID: n031                         Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darcia Michelle Jackson-Walton, 3120 S Frontage Rd Apt 204, Vicksburg, MS 39180-5135 |
| 5636139 | + | Anethesia Consultants, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5636143 | + | Christopher Walton, 201 Berryman Rd Apt 65, Vicksburg, MS 39180-4416 |
| 5636149 | + | Flowood River Oaks HMA, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5636152 | + | Holmes Community Colle, No 1 Hill Street, P.O. Box 369, Goodman, MS 39079-0369 |
| 5636153 | + | Kinsman Investments, Beechwood Park Apts, 201 Berryman Rd, Vicksburg, MS 39180-4461 |
| 5644624 | + | Kinsman Investments LLC, 201 Berryman Road #97, Vicksburg MS 39180-4412 |
| 5636154 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5636158 | + | MS Title Loan, 2424 Clay St, Vicksburg, MS 39183-3125 |
| 5636156 | + | Medical Associates, 2080 S Frontage Rd, Vicksburg, MS 39180-5883 |
| 5636157 | + | Merit Health River Reg, P.O. Box 841672, Dallas, TX 75284-1672 |
| 5636165 | + | Vicksburg Pulmonary Cl, 114 Monument Place, Vicksburg, MS 39180-5169 |
| 5636166 | | Vicksburg Video, 900 US-61, Vicksburg, MS 39183 |
| 5636167 | + | Vicksburg Water and Ga, PO Box 58, Vicksburg, MS 39181-0058 |
| 5636168 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5636138 | + | Email/Text: bnc@teampurpose.com | Jun 25 2026 19:36:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5636140 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 25 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5636141 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 25 2026 19:36:00 | Chime, Attn: Bankruptcy, 101 California St, Suite 500, San Francisco, CA 94111-3580 |
| 5636142 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 25 2026 19:36:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5636144 | + | Email/Text: bkinfo@ccfi.com | Jun 25 2026 19:36:00 | Community Choice, 2121 Clay St, Vicksburg, MS 39183-3103 |
| 5636145 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 25 2026 19:36:00 | Credit Collection Serv, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 5636146 | + | Email/Text: bankruptcynotices@current.com | Jun 25 2026 19:36:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 5646037 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 19:36:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5636147 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 19:36:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5636148 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 25 2026 19:40:59 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5636150 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 25 2026 19:40:56 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota |

| | | | |
|---|---|---|---|
| District/off: 0538-3 | User: mssbad | | Page 2 of 3 |
| Date Rcvd: Jun 25, 2026 | Form ID: n031 | | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | | Ave, Sioux Falls, SD 57104-4824 |
| 5636151 | + Email/Text: CHILL@MUTUALCU.ORG | Jun 25 2026 19:36:00 | Hinds Comunity College, PO Box 1100, Raymond, MS 39154-1100 |
| 5636155 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 19:41:00 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5674633 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 19:41:00 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5649584 | Email/PDF: cbp@omf.com | Jun 25 2026 19:41:02 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5671452 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 19:40:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5636159 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 19:41:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5652041 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2026 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5636160 | + Email/Text: pasi_bankruptcy@chs.net | Jun 25 2026 19:36:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5636161 | + Email/Text: BankruptcyMail@questdiagnostics.com | Jun 25 2026 19:36:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 5636162 | + Email/Text: Tracey@sra-inc.net | Jun 25 2026 19:36:00 | Smith, Rouchon & Asso, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5636163 | + Email/Text: bkinfo@ccfi.com | Jun 25 2026 19:36:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5636164 | + Email/PDF: cbp@omf.com | Jun 25 2026 19:40:56 | Springleaf Financial, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

District/off: 0538-3                          User: mssbad                                    Page 3 of 3
Date Rcvd: Jun 25, 2026                      Form ID: n031                              Total Noticed: 38

Thomas Carl Rollins, Jr

on behalf of Debtor Darcia Michelle Jackson-Walton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−00688−JAW
**Chapter:** 13

**In re:**

Darcia Michelle Jackson−Walton
fka Darcia Michelle Jackson
3120 S Frontage Rd Apt 204
Vicksburg, MS 39180

Notice of Entry of Order Confirming Plan

The Court entered an Order on 06/25/2026 (Dkt. # 37 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 25, 2026

Danny L. Miller, Clerk of Court