0044-2M-EPIDXX-00282225-163463

# United States Bankruptcy Court
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  DARCIA MICHELLE JACKSON-WALTON  
3120 S FRONTAGE RD APT 204  
VICKSBURG, MS 39180

DATE  CASE No. 26-00688-JAW  
06/26/2026

## MOTION TO ALLOW LATE FILED / AMENDED
## OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| CITY OF VICKSBURG WATER AND GAS ADM / KIMBERLY WALKER NAILOR 1401 WALNUT STREET / VICKSBURG, MS 39180 | 8-1 | Unsecured PAY 100.0000% | 638.26 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

**/s/ Harold J. Barkley,Jr.**

Harold J. Barkley,Jr. - Msb #2008  
Chapter 13 Trustee  
Post Office Box 4476  
Jackson, MS 39296-4476  
Fax: 601-362-8826  
Telephone: 601-362-6161  
e-mail: hjb@hbarkley13.com

THOMAS C. ROLLINS, JR  
THE ROLLINS LAW FIRM PLLC  
P O BOX 13767  
JACKSON, MS 39236

trollins@therollinsfirm.com