0044-2M-EPIDCTXX-00282225-163466

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DARCIA MICHELLE JACKSON-WALTON                CHAPTER 13
         3120 S FRONTAGE RD APT 204                         Case No:  26-00688-JAW
         VICKSBURG, MS 39180

## CERTIFICATE  OF  SERVICE

I, Harold J. Barkley,Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   06/29/2026

/s/ Harold J. Barkley,Jr.

Harold J. Barkley,Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com