# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Darcia Michelle Jackson-Walton, Debtor**          **Case No. 26-00688-JAW**
                                                          **CHAPTER 13**

## **NOTICE**

Debtor has filed papers with the court to suspend their bankruptcy payments.
**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: July 8, 2026.                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    Jennifer A Curry Calvillo (MSBN 104367)
                                                    The Rollins Law Firm, PLLC
                                                    P.O. Box 13767
                                                    Jackson, MS 39236
                                                    trollins@therollinsfirm.com
                                                    601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Darcia Michelle Jackson-Walton, Debtor**          **Case No. 26-00688-JAW**
**CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor is having surgery and will be out of work until the end of September 2026

3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of August 2026 and September of 2026.

4. Debtor wishes to resume making plan payments beginning in October 2026.

5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments and to cure any missed plan and mortgage payments resulting from the requested suspension.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/8/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DARCIA MICHELLE JACKSON WALTON

CASE NO: 26-00688

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/8/2026, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00688
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 8 10-34-44 PST 2026

CITY OF VICKSBURG WATER AND GAS ADM KIMBERLY
1401 WALNUT STREET
VICKSBURG  MS 39180-3261

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ADVANCE AMERICA
2314 IOWA BLVD
STE 200
VICKSBURG  MS 39180-5999

ANETHESIA CONSULTANTS
1030 RIVER OAKS DR
FLOWOOD  MS 39232-9553

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CHIME
ATTN BANKRUPTCY
101 CALIFORNIA ST
SUITE 500
SAN FRANCISCO  CA 94111-3580

CHIMEFINAL
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

CHRISTOPHER WALTON
201 BERRYMAN RD APT 65
VICKSBURG  MS 39180-4416

COMMUNITY CHOICE
2121 CLAY ST
VICKSBURG  MS 39183-3103

CREDIT COLLECTION SERV
2 WELLS AVE
NEWTON CENTER  MA 02459-3225

CURRENT
ATTN BANKRUPTCY
217 CENTRE ST 180
NEW YORK  NY 10013-3624

EXCLUDE

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

(D)(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FLOWOOD RIVER OAKS HMA
PO BOX 14000
BELFAST  ME 04915-4033

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104-4824

HINDS COMUNITY COLLEGE
PO BOX 1100
RAYMOND  MS 39154-1100

HOLMES COMMUNITY COLLE
NO 1 HILL STREET
PO BOX 369
GOODMAN  MS 39079-0369

KINSMAN INVESTMENTS
BEECHWOOD PARK APTS
201 BERRYMAN RD
VICKSBURG  MS 39180-4461

KINSMAN INVESTMENTS LLC
201 BERRYMAN ROAD 97
VICKSBURG MS 39180-4412

LVNV FUNDING LLC
ATTN BANKRUPTCY
PO BOX 1269
GREENVILLE  SC 29602-1269

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC  29603-0587

LAKELAND RADIOLOGISTS
PO BOX 23073
JACKSON  MS 39225-3073

MS TITLE LOAN
2424 CLAY ST
VICKSBURG  MS 39183-3125

MEDICAL ASSOCIATES
2080 S FRONTAGE RD
VICKSBURG  MS 39180-5883

MERIT HEALTH RIVER REG
PO BOX 841672
DALLAS  TX 75284-1672

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD  MN 56302-7999

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD  TN 37024-0188

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI  OH 45274-0781

SMITH  ROUCHON  ASSO
SRA
1456 ELLIS AVE
JACKSON  MS 39204-2204

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPRINGLEAF FINANCIAL
PO BOX 1010
EVANSVILLE  IN 47706-1010

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VICKSBURG PULMONARY CL
114 MONUMENT PLACE
VICKSBURG  MS 39180-5169

VICKSBURG VIDEO
900 US61
VICKSBURG  MS 39183

DEBTOR

VICKSBURG WATER AND GA
PO BOX 58
VICKSBURG  MS 39181-0058

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD  MS 39232

DARCIA MICHELLE JACKSONWALTON
3120 S FRONTAGE RD APT 204
VICKSBURG  MS 39180-5135

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767