**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                          CHAPTER 13 NO.:

DARCIA MICHELLE JACKSON-WALTON                            26 – 00688 – JAW

**TRUSTEE'S RESPONSE TO**
**MOTION TO SUSPEND PLAN PAYMENTS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Suspend Plan Payments [DK #44]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      That, should the Court grant Debtor's Motion, the Trustee should be authorized to retain any payments received during the suspended months as plan payments.

2.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  July _____14_____, 2026

                                   Respectfully submitted,

                                   /S/HAROLD J. BARKLEY, JR.
                                   HAROLD J. BARKLEY, JR. – MSB #2008
                                   CHAPTER 13 TRUSTEE
                                   POST OFFICE BOX 4476
                                   JACKSON, MS 39296-4476
                                   PHONE:  601/362-6161
                                   FAX:  601/362-8826
                                   E-MAIL:  HJB@HBARKLEY13.COM

# **C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Darcia Michelle Jackson-Walton
3120 S Frontage Road
Apartment 204
Vicksburg, MS  39180


Dated:  July _____14_____, 2026

/S/ HAROLD J. BARKLEY, JR.
HAROLD J. BARKLEY, JR.