

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 12, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 NO.:

DARCIA MICHELLE JACKSON-WALTON                         26 – 00688 – JAW


### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Debtor's Motion to Suspend Plan Payments [DK #44] and the Trustee's Response [DK #45]; and the parties agree as follows:

THAT, the Debtor's Motion to Suspend Plan Payments is hereby granted.

THAT, all plan payments shall be suspended for August 2026 and September 2026, all plan payments shall resume October 1, 2026.

THAT, the Trustee shall retain any payments received during the suspended months and apply them as plan payments

THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this agreed order.


##END OF ORDER##


AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM


/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR