Form ntcds13v (12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 26−00688−JAW
Chapter: 13

In re:
Darcia Michelle Jackson−Walton
fka Darcia Michelle Jackson
3120 S Frontage Rd Apt 204
Vicksburg, MS 39180

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−9650

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on 10/09/2026, Darcia Michelle Jackson−Walton (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 55). On 10/14/2026, the court entered an *ex parte* order (Dkt. # 56) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 10/30/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600