United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-00688-JAW
Darcia Michelle Jackson-Walton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: pdf012 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darcia Michelle Jackson-Walton, 3120 S Frontage Rd Apt 204, Vicksburg, MS 39180-5135 |
| cr | + | CITY OF VICKSBURG WATER AND GAS ADM KIMBERLY WALKE, 1401 WALNUT STREET, VICKSBURG, MS 39180-3261 |
| 5636139 | + | Anethesia Consultants, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5636143 | + | Christopher Walton, 201 Berryman Rd Apt 65, Vicksburg, MS 39180-4416 |
| 5636149 | + | Flowood River Oaks HMA, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5636152 | + | Holmes Community Colle, No 1 Hill Street, P.O. Box 369, Goodman, MS 39079-0369 |
| 5636153 | + | Kinsman Investments, Beechwood Park Apts, 201 Berryman Rd, Vicksburg, MS 39180-4461 |
| 5644624 | + | Kinsman Investments LLC, 201 Berryman Road #97, Vicksburg MS 39180-4412 |
| 5636154 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5636158 | + | MS Title Loan, 2424 Clay St, Vicksburg, MS 39183-3125 |
| 5636156 | + | Medical Associates, 2080 S Frontage Rd, Vicksburg, MS 39180-5883 |
| 5636157 | + | Merit Health River Reg, P.O. Box 841672, Dallas, TX 75284-1672 |
| 5636165 | + | Vicksburg Pulmonary Cl, 114 Monument Place, Vicksburg, MS 39180-5169 |
| 5636166 | | Vicksburg Video, 900 US-61, Vicksburg, MS 39183 |
| 5636167 | + | Vicksburg Water and Ga, PO Box 58, Vicksburg, MS 39181-0058 |
| 5636168 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5636138 | + | Email/Text: bnc@teampurpose.com | Oct 30 2026 22:13:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5636140 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 30 2026 22:12:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5636141 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 30 2026 22:13:00 | Chime, Attn: Bankruptcy, 101 California St, Suite 500, San Francisco, CA 94111-3580 |
| 5636142 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 30 2026 22:13:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5636144 | + | Email/Text: bkinfo@ccfi.com | Oct 30 2026 22:13:00 | Community Choice, 2121 Clay St, Vicksburg, MS 39183-3103 |
| 5636145 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2026 22:13:00 | Credit Collection Serv, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 5636146 | + | Email/Text: bankruptcynotices@current.com | Oct 30 2026 22:13:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 5646037 | | Email/Text: exeter@ebn.phinsolutions.com | Oct 30 2026 22:13:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5636147 | | Email/Text: exeter@ebn.phinsolutions.com | Oct 30 2026 22:13:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5636148 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 30 2026 22:22:14 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5636150 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 22:21:53 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5636151 | + | Email/Text: CHILL@MUTUALCU.ORG | Oct 30 2026 22:13:00 | Hinds Comunity College, PO Box 1100, Raymond, MS 39154-1100 |
| 5636155 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 22:22:03 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5674633 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 22:21:53 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5649584 | | Email/PDF: cbp@omf.com | Oct 30 2026 22:22:02 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5671452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 22:22:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5636159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 22:22:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5652041 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2026 22:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5636160 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 30 2026 22:12:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5636161 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 30 2026 22:13:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 5636162 | + | Email/Text: Tracey@sra-inc.net | Oct 30 2026 22:13:00 | Smith, Rouchon & Asso, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5636163 | + | Email/Text: bkinfo@ccfi.com | Oct 30 2026 22:12:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5636164 | + | Email/PDF: cbp@omf.com | Oct 30 2026 22:22:02 | Springleaf Financial, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ONEMAIN FINANCIAL GROUP, LLC, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darcia Michelle Jackson-Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 26−00688−JAW
Chapter: 13

In re:
Darcia Michelle Jackson−Walton
fka Darcia Michelle Jackson
3120 S Frontage Rd Apt 204
Vicksburg, MS 39180

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−9650

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on 10/09/2026, Darcia Michelle Jackson−Walton (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 55). On 10/14/2026, the court entered an *ex parte* order (Dkt. # 56) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 10/30/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600